# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 13-129(1) (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Frantz Pierre, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated October 10, 2013 (Doc. No. 120). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Franklin L. Noel's Report and Recommendation (Doc. No. [120]) is **ADOPTED**.

2. Defendant's motion to dismiss (Doc. No. [65]) is **DENIED WITHOUT PREJUDICE**.

Dated: November 14, 2013        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge